ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| BOBBY WAYNE PEARCE | 3-19CR-088-B |

### INDICTMENT

The Grand Jury Charges:

Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

From, on or about October 18, 2018 to October 26, 2018, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Bobby Wayne Pearce**, used, persuaded, induced, and enticed Jane Doe #1, a person under the age of eighteen (18) years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including the following:

| File Name | File Description |
|---|---|
| 1412c880-1c16-458a-ade2-05d1992293ec.jpg | An image depicting JD1, a juvenile female who is 14 years old, performing oral sex on PEARCE's penis. |
| 1540108696302.jpg | An image depicting JD1, a juvenile female who is 14 years old, having sexual intercourse with PEARCE. PEARCE is penetrating JD1's vagina with his penis. |
| 1540108697407.jpg | An image depicting JD1, a juvenile female who is 14 years old, straddling PEARCE while both are fully nude. JD1 is masturbating PEARCE's penis. |
| 095a7300-181f-4318-b4ff-9759b642cfa7.mp4 | A video depicting JD1, a juvenile female who is 14 years old, performing oral sex on PEARCE's penis. |
| 8230b4d5-4e8a-4055-9f58-e64d59ecfb59.mp4 | A video depicting JD1, a juvenile female who is 14 years old, having sexual intercourse with PEARCE. PEARCE is penetrating JD1's vagina with his penis. |
| 27a832cc-1b44-4dcb-8e2f-7e9a88b3e1fe.mp4 | An image depicting JD1, a juvenile female who is 14 years old, straddling PEARCE while both are fully nude. JD1 is masturbating PEARCE's penis. |

In violation of 18 U.S.C. § 2251(a).

## Forfeiture Notice
### (18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in the indictment and pursuant to 18 U.S.C. § 2253(a), the defendant, **Bobby Wayne Pearce**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § § 2252A, and 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property. The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following:

1. ZTE Cellular Device IMEI number 865356032069775
2. ZTE Cellular Device IMEI number 865356030646475
3. LG Cellular Device IMEI number 352972090699087

A TRUE BILL

_____
FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ABE MCGLOTHIN, JR.
Mississippi Bar No. 104247
Assistant United States Attorney
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8760
Facsimile: 214-659-8700
Email: abe.mcglothin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BOBBY WAYNE PEARCE

INDICTMENT

18 U.S.C. § 2251(a)
Production of Child Pornography
(Count 1)

18 U.S.C. § 2253
Forfeiture Notice

1 Count

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this 21st day of February, 2019.

Defendant in Federal Custody since 2/5/2019 in Fannin Co.

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:19-MJ-090-BT